ACCEPTED
04-14-00812-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/31/2015 5:57:38 PM
KEITH HOTTLE
CLERK

## William J. Strait, Inc., P.C.
### CERTIFIED PUBLIC ACCOUNTANTS

P.O. BOX 83
1613 AVE. K, SUITE 200
GALLO PROFESSIONAL BUILDING
HONDO, TX 78861-0083
VOICE 830-426-3023
FAX 830-426-3030

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/31/15 5:57:38 PM

KEITH E. HOTTLE
Clerk

**EMAIL/REGULAR MAIL/CERTIFIED MAIL NO. 7012 1010 0001 9390 2172**

July 15, 2015

Mr. Philip M. Ross
Attorney at Law
1006 Holbrook Road
San Antonio, Texas 78218

Re: In The Estate Of Consuella Perkins Ulbrich, Deceased
    Cause No. 04-14-00812-CV
    4ᵗʰ Court of Appeals, San Antonio, Bexar County, Texas

Dear Mr. Ross:

The undersigned is the duly Appointed Guardian of the Estate to Mr. Douglas J. Ulbrich, Ward in the above-captioned case. Attached hereto is photocopy of the Order appointing the undersigned Guardian of the Estate to Mr. Douglas J. Ulbrich, Ward.

You are hereby notified that your legal services as attorney of record of the estate for Mr. Douglas J. Ulbrich in the Estate of Mr. Douglas J. Ulbrich, Ward are no longer need and are terminated as today, July 14, 2015.

You are further notified that either the undersigned or his representative will be coming to your office between 9:30 A.M. and 10:00 A.M. on July 24, 2015 to obtain possession and custody of Mr. Douglas J. Ulbrich's original file as to above-captioned case.

You are additionally notified that you are requested not to remove any pleadings, orders, letters, memos, notes, reports and or any various documentation, electronic data, video(s) and photograph(s) that are and pertain to Mr. Douglas J. Ulbrich's file.

Sincerely,

WILLIAM J. STRAIT

Mr. Philip M. Ross
Attorney at Law
July 15, 2015

Page - 2

WJS:xx
cc: Mr. Keith E. Hottle
    4th Court of Appeals Clerk
    Cadena-Reeves Justice Center
    300 Dolorosa, Suite 3200
    San Antonio, Texas 78205-3037
    *Efile*

    Mr. Philip Ross
    *Email:ross-law@hotmail.com*

---

*Ulbrich*

**SENDER: COMPLETE THIS SECTION**

■ Complete ...
... to you.
■-size barcode on Sender's side of the form at the bottom of the Section 1. / Return Receipt Tracer Number
Scan barcode according to Retail System prompt. / Label 3811TB, June 2015

I. Article Addressed to:

Mr. Philip M. Ross
Attorney at Law
1006 Holbrook Road
San Antonio, Texas 78218

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /Philip Ross/          ☐ Agent
                         ☒ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Philip Ross                    7-21-15

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number          7012 1010 0001 9390 2172
   (Transfer from service label)

PS Form 3811, July 2013          Domestic Return Receipt

# LETTERS OF GUARDIANSHIP

## Cause No. 2015-001

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/31/15 5:57:38 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT AT LAW |
| | § | OF |
| COUNTY OF MEDINA | § | MEDINA COUNTY, TEXAS |
| | § | |

I, the undersigned Clerk of the County Court at Law of Medina County, Texas, certify that on MAY 22, 2015, the Court appointed William J. Strait Guardian of the Estate of Douglas J. Ulbrich and granted the Guardian certain specific powers as set forth in the attached copy of the order of appointment.

I further certify that William J. Strait qualified as Guardian of the Estate in this cause on MAY 22, 2015, as the law requires, and that the authority under these letters of guardianship shall expire on SEPTEMBER 23, 2016.

Given under my hand and seal of office at Hondo, Texas on this the 22nd day of May, 2015.

LISA J. WERNETTE
County Clerk, Medina County, Texas
1100 16th Street Rm. 109 Hondo, Texas 78861

By: _____, Deputy
Wendy Rine

FILED 5/7/2015 10:58:28 AM
Lisa Wernette, County Clerk
Medina County, Texas
By: Wendy Rine, Deputy
2015-001

CAUSE NO. 2015-0001

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/31/15 5:57:38 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| IN RE: GUARDIANSHIP OF | § | IN THE COUNTY COURT |
| | § | |
| DOUGLAS J. ULBRICH | § | AT LAW |
| | § | |
| PROPOSED WARD | § | MEDINA COUNTY, TEXAS |

## ORDER

ON ~~THIS DAY~~ ♦ the 1st day of May 2015 CAME ON TO BE CONSIDERED the Application of Jo Ann Rivera and Philip M. Ross, for appointment as Permanent Guardian of the person and the estate of Douglas J. Ulbrich ("Mr. Ulbrich"), male, DOB May 13, 1928. Mr. Ulbrich resides at his 160 acre ranch located at 5740 N FM 462 Hondo, Medina County, Texas 78861. The Court, having considered the application, evidence, argument of counsel and provisions of the Texas Estates Code, makes the following findings:

1    The Court has jurisdiction over this matter.

2    The Court conducted a hearing on March 10, 2015 pursuant to the Texas Estates Code Section 1251.006(b), and the Court determined that the applicant has established that there is substantial evidence that the proposed ward is an incapacitated person, that there is imminent danger that the proposed ward's physical health or safety will be seriously impaired, or that the proposed ward's estate will be seriously damaged or dissipated unless immediate action is taken.

FILED IN MY OFFICE
LISA J. WERNETTE

MAY 11 '15 AM -11 0 0

COUNTY CLERK, MEDINA CO.

1

The Court appointed Jo Ann Rivera as temporary guardian of the person and estate of Douglas J. Ulbrich, and set the corporate surety bond amount at $10,000.00. Jo Ann Rivera filed her bond and took her oath on March 12, 2015, and the clerk issued letters of guardianship.

3 The Court conducted a hearing on May 1, 2015 and admitted evidence including a Physician's Certificate of Medical Examination and determined that Douglas J. Ulbrich is incapacitated and needs permanent guardians of the person and estate, respectively. The Court finds by a preponderance of evidence that Mr. Ulbrich lacks capacity to do the tasks necessary to care for himself and to manage his property and finances.

4 The Court finds that Douglas Ulbrich needs full guardianships of his person and his estate.

5 The Court finds that Mr. Ulbrich needs assistance with all of the tasks necessary to care for himself and to manage his property and finances. The Court specifically finds that Mr. Ulbrich does not have the capacity to operate a motor vehicle on a public road due to his health condition.

6 The Court finds that Mr. Ulbrich needs assistance with managing his medications, diet and meals, housekeeping, hiring, supervising and paying care providers, transportation, medical decisions including consent to treatment,

2

property management and maintenance; bill paying; legal matters; and financial management. ~~End~~

7    The Court finds that it is in Douglas' best interest to appoint Glenn Faulk as a private professional guardian (Certificate #6-15-0344) permanent guardian of Douglas Ulbrich's person and William Strait as permanent guardian of Douglas Ulbrich's estate.

8    The Court finds that permanent guardianships of the person and estate are the least restrictive alternatives that will meet Douglas Ulbrich's needs under the facts and circumstances of this matter.

9    ~~The Court finds that it is in Mr. Ulbrich's best interests to continue to reside at his 160 acre ranch located at 5740 N FM 462 Hondo, Medina County, Texas 78861 with full-time care-giver assistance by Ervin Tondre as well as hospice services, which are already in place.~~ 9. At the time of entry of this order the Ward's resides at 5740 N. FM 462 Hondo, Medina County, Texas.

10    The Court finds that the applicant Glenn Faulk, who resides at 8290 Real Road #3, San Antonio, Texas 78218, phone number 210-416-7043/FAX number 210-441-0788, email: gfaulk1960@yahoo.com, is a suitable person to be appointed permanent guardian of DouglasUlbrich's person, and he is not disqualified from serving and performing as permanent guardian of the person of Douglas J. Ulbrich, who resides at 5740 N FM 462 Hondo, Medina County, Texas 78861.

11    The Court finds that the applicant William Strait, who resides at 1613 Ave. K

3

suite 200, P. O. Box 83, Hondo, Texas, phone number 830-426-3023, FAX number 830-426-3030, mobile number 830-425-6261 (Cell), email: williamjstraitcpa@hotmail.com, is a suitable person to be appointed permanent guardian of Douglas Ulbrich's estate, and he is not disqualified from serving and performing as permanent guardian of the estate of Douglas J. Ulbrich, who resides at 5740 N FM 462 Hondo, Medina County, Texas 78861.

12  The Court finds that the amount of Mr. Faulk's corporate surety bond should be $11,000.00 for the guardianship of the person, and the amount of Mr. Strait's corporate surety bond should be $10,000.00, which is based on Douglas' anticipated income for the next year.  Therefore, it is

ORDERED that the application of Jo Ann Rivera and Philip M. Ross for appointment of permanent guardians over the person and the estate of Douglas J. Ulbrich is GRANTED as follows: It is *as set forth above and*

ORDERED that Glenn Faulk, *a private professional guardian,* who resides at 8290 Real Road #3, San Antonio, Texas 78218, phone number 210-416-7043/FAX number 210-441-0788, email: gfaulk1960@yahoo.com, is appointed permanent guardian of the person of Douglas J. Ulbrich. ~~It is further~~ *and shall have full powers over the ward's person.*

~~ORDERED that the permanent guardian of the person's powers shall include the following: providing assistance with medication management, diet and meals;~~

FILED IN MY OFFICE
LISA J. WERNETTE

MAY 11 '15 AM –11 0.0

COUNTY CLERK, MEDINA CO.

4

~~housekeeping; transportation; gathering medical records; hiring, supervising and managing home health care service providers; and making medical decisions including consent to treatment as required to accommodate Mr. Ulbrich's continued residence at his home with the personal care and assistance of Ervin Tondre, who has been taking care of Mr. Ulbrich for the past nine weeks since his return home on hospice care at 5740 N FM 462 Hondo, Medina County, Texas 78861. It is further~~

~~ORDERED that the Permanent Guardian of the person (1) will have the duty to gather information regarding the medical status of the ward; (2) will have the authority to hire medical and other personal assistance as needed; and (3) will have the duty to forward bills as they are received or become due to the permanent guardian of the estate. It is further~~

*It is* ORDERED that William Strait, who resides at 1613 Ave. K, suite 200, P. O. Box 83, Hondo, Texas, phone number 830-426-3023, FAX number 830-426-3030, mobile number 830-425-6261 (Cell), email: williamjstraitcpa@hotmail.com, is appointed permanent guardian of Douglas Ulbrich's estate, ~~It is further~~ *and shall have full powers over the ward's estate.*

~~ORDERED that the permanent guardian of the estate's powers shall include the following: paying for assistance with medication management, diet and meals; housekeeping; transportation; property maintenance and management; general bill~~

paying; maintaining or securing legal counsel for Mr. Ulbrich's legal matters including the matter of the Estate of Consuella Perkins Ulbrich, Cause No. 2011-PC-0686, which is pending in Probate Court No. 1, Bexar County, Texas. Mr. Strait will also be responsible for financial management; gathering financial information; paying property taxes and income taxes; and investigating Mr. Ulbrich's available income opportunities and financial resources. It is further

ORDERED that the Permanent Guardian of the estate (1) will have the duty to gather information regarding the financial status of the ward; (2) will have the authority to pay bills as they come due; (4) has the duty to inquire as to potential income streams; and (5) has the duty to report on the assets and liabilities of the ward after receiving the financial information of the same. It is further

ORDERED that the guardian of the estate shall prepare a report of Mr. Ulbrich's assets and liabilities and make recommendations for management of his estate, which may provide the financial resources to meet his needs, to the Court within thirty days of the signing of this Order of appointment. It is further

ORDERED that Douglas Ulbrich shall not operate a motor vehicle on a public road. It is further

ORDERED that Glenn Faulk shall post a corporate surety bond in the amount of $11,000.00. It is further

FILED IN MY OFFICE
LISA J. WERNETTE

MAY 11 '15 AM -11 0 0

COUNTY CLERK, MEDINA CO.

6

ORDERED that William Strait shall post a corporate surety bond in the amount of $10,000.00. It is further

ORDERED that Glenn ~~Faust~~ Faulk shall be entitled to receive letters of guardianship upon taking an oath as ~~temporary~~ permanent guardian *of the person* It is further

ORDERED that William Strait shall be entitled to receive letters of guardianship upon taking an oath as ~~temporary~~ permanent guardian *of the Estate* It is further

ORDERED that the temporary guardianship of Douglas J. Ulbrich is terminated with the appointment of permanent guardians of the person and estate. It is further

ORDERED that Jo Ann Rivera shall file a final accounting regarding the temporary guardianship within thirty days of the signing of this Order of appointment. It is further

ORDERED that Gregory Yost is hereby dismissed as attorney ad litem for Douglas J. Ulbrich, ~~It is further~~ *and is ordered paid $7,680.00 in attorneys fees for his services and expenses.*

~~ORDERED that the applicants, temporary guardian and attorney ad litem for Douglas J. Ulbrich may be entitled to recover their reasonable and necessary attorney's fees, costs of court, expenses for the benefit of Mr. Ulbrich, which were paid or incurred in this proceeding upon submission and approval by further order of the Court.~~

7

SIGNED: _May 8, 2015_.

_[signature]_
Honorable Vivian Torres
Judge Presiding
County Court at Law

APPROVED AS TO FORM:

Philip M. Ross
SBN 17304200
Phone: 210-326-2100
Email: ross_law@hotmail.com

Gregory Yost
SBN 24082391
Phone: 830-443-4712
Email: gyost@yostfirm.com

David A. Benavides
SBN 02114700
Phone: 210-226-3121
Email:  dablex@aol.com

FILED IN MY OFFICE
LISA J. WERNETTE

MAY 11 '15 AM -11 0 0

COUNTY CLERK, MEDINA CO.

8